AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| ANGEL GARCIA PADRON )<br>*Plaintiff* )<br>v. )<br>CHRISTOPHER DONELAN )<br>*Defendant* ) | Case No. 3:17-CV-30176-KAR |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Christopher Donelan, in his official capacity.

Date: 12/28/2017

/s/ Elianna J. Nuzum
*Attorney's signature*

Elianna J. Nuzum (BBO# 663354)
*Printed name and bar number*

U.S. Attorney's Office, District of Massachusetts
John Joseph Moakley Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
*Address*

elianna.nuzum@usdoj.gov
*E-mail address*

(617) 748-3100
*Telephone number*

(617) 748-3971
*FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

|  |  |
|---|---|
| | */s/ Elianna J. Nuzum* |
| Dated: December 28, 2017 | Elianna J. Nuzum |